**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHEL HERNANDEZ, *et al.*, <br>         Plaintiffs, <br> vs. <br> TACOS EL GORDO DE TIJUANA, B.C., INC., *et al.*, <br>         Defendants. | Case No.  2:15-cv-02441-JAD-PAL <br><br> **ORDER OF RECUSAL** |

      The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

      Based on the foregoing and good cause appearing therefor,

      **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

      DATED this 19th day of January, 2016.

                                                                               _/s/ George Foley, Jr._____
                                                                               GEORGE FOLEY, JR.
                                                                               U.S. MAGISTRATE JUDGE