UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHEL HERNANDEZ, ET AL,<br><br>          Plaintiffs,<br><br> v.<br><br>TACOS EL GORDO DE TIJUANA, B.C., INC, ET AL<br><br>          Defendants. | Case No. 2:15-cv-02441-JAD-PAL<br><br>Order Referring Case for Mandatory Settlement Conference |

This case is currently stacked on the trial calendar of October 17, 2017 for a jury trial.

**IT IS ORDERED** this case is referred to Magistrate Judge Peggy A. Leen for a mandatory settlement conference.

DATED: 6/22/2017

                _____
                UNITED STATES DISTRICT JUDGE