1

2

3

4                         UNITED STATES DISTRICT COURT

5                               DISTRICT OF NEVADA

6                                      * * *

7    MICHEL HERNANDEZ, et al.,                    Case No. 2:15-cv-02441-JAD-PAL

8                              Plaintiffs,
                                                  **MINUTES OF PROCEEDINGS**
9         v.
                                                  Dated: August 17, 2017
10   TACOS EL GORDO DE TIJUANA, B.C., et
     al.,

11
                             Defendants.
12

13   **PRESENT:**  THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

14   **JUDICIAL ASSISTANT:** Teresa Hoskin        **RECORDER/TAPE #:**  None

15   **COUNSEL FOR PLAINTIFF(S):** Christian Gabroy

16   **COUNSEL FOR DEFENDANT(S):** Adam Knecht

17   **PROCEEDING:**  Conference Call re: Defendants Emergency Motion to Continue Settlement

18   Conference (ECF No. 46)

19        A telephonic conference was conducted commencing at 4:29 p.m. regarding Defendants'

20   Emergency Motion to Continue Settlement Conference (ECF No. 46).  Having heard from counsel,

21   the court will grant the motion and continue the settlement conference to October 17, 2017, at 9:30

22   a.m. This is the first date available on the court's calendar on which both sides can be present.

23   This is also the date the district judge set for trial.  The court advised the parties that the motion to

24   continue the trial date would be addressed by the district judge and that it was possible they would

25   remain on the October 17, 2017 trial stack.  Counsel for plaintiffs indicated he would stipulate to

26   continue the trial under the circumstances.  The court advised the parties to get the stipulation on

27   file as soon as possible for Judge Dorsey's consideration.

28

                                                1

Four of the five plaintiffs reside locally.  However, one Plaintiff had already traveled to Las Vegas, from Mexico to attend the settlement conference.  As the motion was filed at approximately 3:00 p.m. the day before the 9:30 am settlement conference defendants will be required to reimburse that plaintiff for the cost of his flight, and reasonable incidental travel costs.

The telephonic conference concluded at 4:39 p.m.

**IT IS ORDERED:**

1.  Defendants Emergency Motion to Continue Settlement Conference (ECF No. 46) is **GRANTED**.

2.  The settlement conference currently scheduled for August 18, 2017, at 9:30 a.m. is **VACATED** and **CONTINUED** to **October 17, 2017, at 9:30 a.m.** in Chambers Room 3071.  All other instructions within the original Order Scheduling Settlement Conference (ECF No. 43) shall remain in effect.

3.  Defendants shall reimburse the plaintiff who flew in for the settlement conference airfare and reasonable incidental travel costs.

Dated this 17th day of August, 2017.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE