UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHEL HERNANDEZ, et al., <br><br> Plaintiffs, <br> v. <br> TACOS EL GORDO DE TIJUANA, B.C., INC., et al., <br><br> Defendant. | Case No. 2:15-cv-02441-JAD-PAL <br><br> ORDER |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The settlement conference currently scheduled for October 17, 2017, at 9:30 a.m., is **VACATED** and **ADVANCED** to October 16, 2017, at 1:30 p.m.

2. Any supplements to the confidential settlement statements already received by chambers shall be received no later than 4:00 p.m., October 10, 2017.

3. All other instructions within the original Order Scheduling Settlement Conference (ECF No. 43) shall remain in effect.

DATED this 15th day of September, 2017.

 _____
 PEGGY A. LEEN
 UNITED STATES MAGISTRATE JUDGE