**ALVERSON, TAYLOR,**
**MORTENSEN & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
ADAM R. KNECHT, ESQ.
Nevada Bar #13166
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHEL HERNANDEZ, an individual; CLAUDIO CERVANTES, an individual; ROBERTO REYES DELGADO, an individual; ERNESTO MENENDEZ, an individual; JOEL RODRIGUEZ, an individual;<br><br>Plaintiffs,<br>vs.<br><br>TACOS EL GORDO DE TIJUANA, B.C., INC; TACOS EL GORDO DE TIJUANA, B.C. LLC; DOES I through X, and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | CASE NO.:   2:15-cv-02441-JAD-PAL<br><br>**JOINT INTERIM STATUS REPORT** |

Pursuant to LR 26-3 and the Discovery Plan and Minutes of Proceedings (ECF No. 53) entered by the Court on October 20, 2017, the parties submit this joint interim status report, as follows:

**1.    Status of Action.**

On 10/16/2017 the parties participated in a settlement conference held before Magistrate Judge Peggy A. Leen. A settlement was reached the terms of which are confidential. Furthermore,

the parties have executed a confidential settlement agreement and agreed to dismissal of this action by no later than November 30, 2017.

DATED this <u>16th</u> day of November, 2017.

| ALVERSON, TAYLOR, MORTENSEN & SANDERS | GABROY LAW OFFICES |
|---|---|
| /s/ Adam R. Knecht<br>KURT R. BONDS<br>Nevada Bar No. 6228<br>ADAM R. KNECHT<br>Nevada Bar No. 13166<br>6605 GRAND MONTECITO PARKWAY<br>SUITE 200<br>LAS VEGAS, NEVADA 89149<br>(702) 796-5555<br>*Attorneys for Defendant* | /s/ Christian Gabroy<br>CHRISTIAN GABROY, ESQ. (#8805)<br>GABROY LAW OFFICES<br>170 S. GREEN VALLEY PKWY, SUITE 280<br>HENDERSON, NEVADA 89012<br>TEL  (702) 259-7777<br>FAX (702) 259-7704<br>*ATTORNEY FOR PLAINTIFFS* |

N:\kurt.grp\CLIENTS\23400\23435\pleading\Tacos El Gordo - Joint Interim Status Report.doc

**IT IS SO ORDERED** this 17th day of November, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

2

KB/23435