**ALVERSON, TAYLOR,**
**MORTENSEN & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
ADAM R. KNECHT, ESQ.
Nevada Bar #13166
6605 Grand Montecito Pkwy, Ste 200
Las Vegas, NV 89149
(702) 384-7000
efile@alversontaylor.com
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHEL HERNANDEZ, an individual; CLAUDIO CERVANTES, an individual; ROBERTO REYES DELGADO, an individual; ERNESTO MENENDEZ, an individual; JOEL RODRIGUEZ, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>TACOS EL GORDO DE TIJUANA, B.C., INC; TACOS EL GORDO DE TIJUANA, B.C. LLC; DOES I through X, and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-02441-JAD-PAL<br><br>**ORDER GRANTING**<br>**DISMISSAL WITH PREJUDICE**<br><br>ECF 57 |

Plaintiffs MICHEL HERNANDEZ, CLAUDIO CERVANTES, ROBERTO REYES DELGADO, ERNESTO MENENDEZ, and JOEL RODRIGUEZ, by and through their attorney, Christian Gabroy, Esq., and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the terms and provisions of the parties' Confidential Settlement Agreement and Release, hereby stipulate and agree to voluntarily dismiss all claims asserted against Defendants TACOS EL GORDO DE TIJUANA, B.C., INC. and TACOS EL GORDO DE TIJUANA, B.C., LLC with prejudice, with the parties herein to each bear their own attorney's fees and costs, and hereby jointly move this Honorable Court for an Order of Dismissal, with prejudice.

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY, STE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

KB/23435

| ALVERSON, TAYLOR, MORTENSEN & SANDERS | GABROY LAW OFFICES |
|---|---|
| /s/ Adam R. Knecht | /s/ Christian Gabroy |
| KURT R. BONDS | CHRISTIAN GABROY, ESQ. (#8805) |
| Nevada Bar No. 6228 | GABROY LAW OFFICES |
| ADAM R. KNECHT | 170 S. GREEN VALLEY PKWY, SUITE 280 |
| Nevada Bar No. 13166 | HENDERSON, NEVADA 89012 |
| 6605 Grand Montecito Pkwy, Ste 200 | TEL  (702) 259-7777 |
| Las Vegas, NV  89149 | FAX (702) 259-7704 |
| (702) 384-7000 | *ATTORNEY FOR PLAINTIFFS* |
| *Attorneys for Defendants* | |

## ORDER

Having reviewed the parties' stipulation and good cause appearing,

IT IS HEREBY ORDERED that all claims against TACOS EL GORDO DE TIJUANA, B.C., INC. and TACOS EL GORDO DE TIJUANA, B.C., LLC are dismissed with prejudice; each party shall bear their own attorney's fees and costs.

Today's Calendar Call and all other dates, deadlines, and hearings are VACATED, and the Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
December 1, 2017

KB/23435